UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| Michael D. Hendrickson, | ) | Civil Action No. 22-cv-5063 |
| Plaintiff, | ) | |
| vs. | ) | **COMPLAINT** |
| Rapid City, Pierre & Eastern Railroad, Inc., | ) | |
| Defendant. | ) | |

COMES NOW, the plaintiff, Michael D. Hendrickson, and for his first claim and cause of action against Defendant, Rapid City, Pierre & Eastern Railroad, Inc., a Delaware corporation, states and alleges as follows:

**Preliminary Statement**

1. This is an action to recover damages for personal injuries Plaintiff suffered during the course and scope of his employment on August 02, 2019, while working as a conductor for Defendant. Plaintiff brings this action under the Federal Employers' Liability Act (FELA), 45 U.S.C. §§ 51-60.

**Parties**

2. That at the time of the incident, Plaintiff was a resident and citizen of Rapid City, South Dakota, and was employed by Defendant as an engineer engaged in interstate commerce.

3. That at all times relevant herein, Defendant was a corporation duly organized and existing under the law of the State of Delaware, and duly licensed and empowered to operate a system of railroads as a common carrier of freight for hire in and through the State of South Dakota and was engaged as a common carrier in interstate commerce.

## Jurisdiction & Venue

4.  That this Court has subject-matter jurisdiction over Plaintiff's FELA claims pursuant to 28 U.S.C. § 1331 (federal question).

5.  That this Court has personal jurisdiction over Defendant since the incident giving rise to Plaintiff's FELA claims occurred within the State of South Dakota.

6.  That venue to bring Plaintiff's FELA claims in this Court is proper pursuant to 45 U.S.C. § 56, which allows bringing FELA claims in the district where the cause of action arose or in the district where the defendant is doing business at the time the action is commenced.

7.  That this action brought under the FELA is timely commenced pursuant to 45 U.S.C. § 56.

## Facts

8.  That in the early hours on August 2, 2019, Plaintiff was in the course and scope of his employment working as a conductor on Defendant's train on its tracks near New Underwood, South Dakota.  Plaintiff was part of a two-person crew, and he and Kenneth Petersen, an engineer, were assigned the job to operate train eastbound out of Rapid City. Previous there was heavy rainfall of about 4.5 inches near New Underwood. The rainwater accumulated in the track bed near Sharpe Road, and then washed out the materials supporting the tracks as well as the ties, leaving only the rail. When the train Plaintiff occupied traveled over the washed-out section of track, the train derailed, including the lead locomotive on which the train crew occupied. As a result of the derailment, the locomotive rolled onto its side, and Plaintiff was thrown to the right side of the locomotive that was filling with mud. Also as a result of the derailment, an electrical panel in the locomotive cab emitted smoke and the smell of burning wires. As a result of the derailment, Plaintiff was caused to suffer severe and permanent injuries and be otherwise damaged.

### Count One (negligence per se/strict liability for violations of Federal Railroad Administration Regulations)

Plaintiff realleges paragraphs 1 through 8 as set forth at length and in detail herein.

9.  Plaintiff's injuries and resulting damages were caused in whole or in part by Defendant's violation of Federal Railroad Administration (FRA) regulations contained in Title 49, Part 213, including, but not limited to 49 C.F.R. § 213.33, 49 C.F.R. § 213.103, and 49 C.F.R. § 213.239, when Defendant failed to comply with Track Safety Standards setting out requirements and maintenance of tracks and roadbeds.

10. That as a result, Plaintiff was injured, suffered pain in the past and will suffer pain in the future; has incurred expenses for medical treatment, and will incur further like expenses in the future; has suffered loss of earnings and loss of future earning capacity; has suffered loss of his enjoyment of life; and has suffered permanent injury and disability, all to his injury and damage.

### Count Two (negligence and breach of duty under the FELA)

Plaintiff realleges paragraphs 1 through 10 as set forth at length and in detail herein.

11. That the injures and damages sustained by Plaintiff were caused, in whole or in part, by reason of Defendant's breach of duty and violation of the FELA, 45 U.S.C. § 51, when it:

   a.  Failed to provide a reasonably safe place to work;

   b.  Failed to properly inspect, maintain, and repair its tracks, roadbeds, and systems providing drainage;

   c.  Failed to adopt and enforce safe rules and methods;

   d.  Failed to warn about unsafe conditions; and

   e.  Committed other acts of negligence as shown in discovery of this case.

12. That as a result, Plaintiff was injured, suffered pain in the past and will suffer pain in the future; has incurred expenses for medical treatment, and will incur further like expenses in

the future; has suffered loss of earnings and loss of future earning capacity; has suffered loss of his enjoyment of life; and has suffered permanent injury and disability, all to his injury and damage.

WHEREFORE, Plaintiff Michael D. Hendrickson prays judgment against the above-named Defendant, Rapid City, Pierre & Eastern Railroad, Inc., a Delaware corporation, for recovery of reasonable damages in an amount sufficient to fully compensate Plaintiff for the losses and damages, together with his costs and disbursements and reasonable attorneys' fees herein.

**PLAINTIFF DEMANDS TRIAL BY A JURY.**

Dated:  July 20, 2022

Paul Banker
HUNEGS, LeNEAVE & KVAS, P.A.
1000 Twelve Oaks Center Drive, Suite 101
Wayzata, Minnesota  55391
(612) 339-4511
(612) 339-5150 Fax
pbanker@hlklaw.com

and

JOHNSON EIESLAND LAW OFFICE

/s/Aaron Eiesland
Aaron Eiesland
4020 Jackson Blvd.
Rapid City, SD 57702
(605) 348-7300
(605) 348-4757
firm@johnsoneiesland.com

ATTORNEYS FOR PLAINTIFF

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Michael D. Hendrickson

### DEFENDANTS
Rapid City, Pierre & Eastern Railroad, Inc.

**(b)** County of Residence of First Listed Plaintiff: Pennington
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Randall W. LeNeave, Paul Banker, Hunegs LeNeave & Kvas, 1000 Twelve Oaks Dr, Suite 101, Wazayata, MN

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability |  | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander |  | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [X] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability |  | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine |  | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage |  | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise |  | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee |  |  | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence |  | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/Accommodations / [ ] 530 General |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / **Other:** / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application |  |  |
|  | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions |  | [ ] 950 Constitutionality of State Statutes |
|  | [ ] 555 Prison Condition |  |  |  |
|  | [ ] 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
45 U.S.C. Sections 51-60

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____